IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT W. ECKINGER, as Personal Representative of the ESTATE OF BRENDA FERGUSON,<br><br>Plaintiff,<br><br>vs.<br><br>XPRESS GLOBAL SYSTEMS, INC., et al.,<br><br>Defendants. | 4:15-CV-3147<br><br>JUDGMENT |

    Upon the parties Joint Stipulation of Dismissal Without Prejudice (filing 32), this matter is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to pay its own costs and attorney fees.

    Dated this 19th day of April, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge